# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MENDOZA,<br><br>           Plaintiff,<br><br>    v.<br><br>MENDOZA-POWERS,<br><br>           Defendants.<br>_____ / | CV F   05-1105 OWW SMS P<br><br>ORDER GRANTING REQUEST TO FILE LATE AMENDED COMPLAINT (Doc. 13.)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED AMENDED COMPLAINT SUBMITTED DECEMBER 29, 2006 (Doc. 12.)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION ISSUED DECEMBER 18, 2006 (Doc. 11.) |

Miguel Mendoza ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on August 30, 2005, naming Warden Mendoza-Powers, Chief Medical Officer R. Davis, Dr. W. Cain, Dr. Rees, and Dr. John G. Henry as Defendants.

The Court issued an Order dismissing the Complaint with leave to amend on November 2, 2006, however, Plaintiff did not file the Amended Complaint.  Thus, on December 18, 2006, the Court issued Findings and Recommendations to dismiss the action for Plaintiff's failure to comply with a Court order, failure to prosecute the action and failure to state a claim upon which relief could be granted.

On December 28, 2006, Plaintiff moved for permission to submit the Amended Complaint out of time.  Plaintiff also lodged the Amended Complaint with the Court.  In light of

1

Plaintiff's belated compliance with the Court's Order, the Court now ORDERS:

    1.     Plaintiff's request to file a late Amended Complaint is GRANTED:

    2.     The Clerk of Court is DIRECTED to file the Lodged Amended Complaint; and

    3.     The Findings and Recommendations issued December 18, 2006, are VACATED.

The Court will proceed with its subsequent screening of the Amended Complaint in due course.

IT IS SO ORDERED.

**Dated:   January 8, 2007**                  /s/ Sandra M. Snyder
icido3                                           UNITED STATES MAGISTRATE JUDGE